| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) VRATIL, KATHRYN H | 2. Court or Organization DISTRICT OF KANSAS | 3. Date of Report 5/6/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) DISTRICT JUDGE - ACTIVE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address UNITED STATES DISTRICT COURT 500 STATE AVENUE, SUITE 511 KANSAS CITY, KANSAS 66101-2435 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | ███████Trust |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 13 10 55 AM '04 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>VRATIL, KATHRYN H | Date of Report<br><br>5/6/2004 |
|---|---|---|

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1.   Monthly | AT&T | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1.   FREE Foundation | March 26-30, 2003 Salt Lake City, Utah: Seminar on "Issues in Biotechnology and Genetics" (Travel, Housing, Food & Tuition) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citibank | Student Loans | L |
| 2. Corus Student Loan Center | Student Loans | K |

| Name of Person Reporting | Date of Report |
|---|---|
| VRATIL, KATHRYN H | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A- | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. 20th Century Ultra (IRA) | | None | M | T | | | | | |
| 2. CATS Zero Coupon Bonds | A | Interest | J | T | Redeem-part | 02-15 | J | B | |
| 3. | | | | | Redeem-all | 08-15 | J | A | |
| 4. 20th Century Giftrust | | None | J | T | | | | | |
| 5. Growth Fund of America | A | Dividend | J | T | Sell-part | 01-16 | J | A | |
| 6. Strips-TINT-U.S. Treasury | A | Interest | J | T | | | | | |
| 7. Prudential Life Ins. Policies | A | Dividend | J | T | | | | | |
| 8. Massachusetts Mutual Life Ins. Policy | C | Dividend | L | T | | | | | |
| 9. Kansas Municipal Bond Fund | A | Dividend | K | T | | | | | |
| 10. Oppenheimer Municipal Bond Fund Class A | B | Dividend | K | T | | | | | |
| 11. AT&T | A | Dividend | J | T | | | | | |
| 12. Verizon | A | Dividend | J | T | | | | | |
| 13. Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 14. Schwab Money Market Fund (IRA) | A | Dividend | K | T | | | | | |
| 15. Columbia Acorn Fund (IRA) | A | Dividend | K | T | | | | | |
| 16. Am. Cent. Equity Growth (IRA) | A | Dividend | J | T | | | | | |
| 17. Dreyfus S & P 500 Index Fund (IRA) | A | Dividend | K | T | | | | | |
| 18. Dreyfus Small Co. Value Fund (IRA) | | None | K | T | | | | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001-$2,500  C =$2,501-$5,000  D =$5,001-$15,000  E =$15,001-$50,000
(See Columns B1 and D4)  F =$50,001-$100,000  G =$100,001-$1,000,000  H1 =$1,000,001-$5,000,000  H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less  K =$15,001-$50,000  L =$50,001-$100,000  M =$100,001-$250,000
(See Columns C1 and D3)  N =$250,000-$500,000  O =$500,001-$1,000,000  P1 =$1,000,001-$5,000,000  P2 =$5,000,001-$25,000,000
  P3 =$25,000,001-$50,000,000  P4 =More than $50,000,000
3. Value Method Codes:  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| VRATIL, KATHRYN H | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A- | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Janus Overseas Fund (IRA) | A | Dividend | K | T | | | | | |
| 20. Papp America Abroad Fund (IRA) | A | Dividend | J | T | | | | | |
| 21. Credit Suisse Capital Appreciation Fund (IRA) | | None | K | T | | | | | |
| 22. Schwab Money Market Fund | A | Dividend | K | T | | | | | |
| 23. Schwab Money Market Fund | A | Dividend | L | T | | | | | |
| 24. Janus Worldwide Fund (IRA) | A | Dividend | L | T | | | | | |
| 25. AmCent 20th Int'l Growth (IRA) | A | Dividend | K | T | | | | | |
| 26. AmCent Income & Growth (IRA) | A | Dividend | L | T | | | | | |
| 27. AmCent Income & Growth | A | Dividend | K | T | | | | | |
| 28. American Century Income & Growth | A | Dividend | J | T | | | | | |
| 29. RS Diversified Growth Fund (IRA) | | None | J | T | | | | | |
| 30. Turner Midcap Fund (IRA) | | None | J | T | | | | | |
| 31. Columbia Acorn Fund | A | Dividend | J | T | | | | | |
| 32. Janus Worldwide Fund | A | Dividend | J | T | | | | | |
| 33. Janus Worldwide Fund | A | Dividend | J | T | | | | | |
| 34. RS Diversified Growth Fund | | None | J | T | | | | | |
| 35. Credit Suisse Capital Appreciation Fund | | None | J | T | | | | | |
| 36. American Century V. P. Income & Growth Fund | | None | | | Sale | 02-18 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| VRATIL, KATHRYN H | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A- | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. Equity Index Fund | | None | | | Sale | 02-18 | J | | |
| 38. Janus Aspen Capital Appreciation Fund | | None | | | Sale | 02-18 | J | | |
| 39. Janus Aspen Worldwide Growth | | None | | | Sale | 02-18 | J | | |
| 40. Banc One Corp Notes | B | Interest | K | T | | | | | |
| 41. Bear Stearns Note | B | Interest | K | T | | | | | |
| 42. General Motors ACC Notes | B | Interest | K | T | | | | | |
| 43. GNMA PL | B | Interest | J | T | Redeem-<br>part | 02-18 | J | | |
| 44. | | | | | Redeem-<br>part | 03-17 | J | | |
| 45. | | | | | Redeem-<br>part | 04-15 | J | | |
| 46. | | | | | Redeem-<br>part | 05-15 | J | | |
| 47. | | | | | Redeem-<br>part | 07-15 | J | | |
| 48. | | | | | Redeem-<br>part | 08-15 | J | | |
| 49. | | | | | Redeem-<br>part | 09-15 | J | | |
| 50. | | | | | Redeem-<br>part | 10-15 | J | | |
| 51. | | | | | Redeem-<br>part | 12-15 | J | | |
| 52. Ameristock Fund | A | Dividend | J | T | | | | | |
| 53. Artisan International Fund | | None | J | T | | | | | |
| 54. Artisan Mid Cap Fund | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| VRATIL, KATHRYN H | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A- | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Julius Baer International Equity Fund | A | Dividend | J | T | | | | | |
| 56. Royce Low Priced Stock Fund | A | Dividend | K | T | | | | | |
| 57. Schwab 1000 Fund | | None | K | T | | | | | |
| 58. Schwab International Index Fund | A | Dividend | J | T | | | | | |
| 59. Schwab Small Cap Index Fund | A | Dividend | J | T | | | | | |
| 60. White Oak Growth Stock Fund | | None | J | T | | | | | |
| 61. AT&T Wireless Services | | None | J | T | | | | | |
| 62. Prudential Financial | A | Dividend | J | T | | | | | |
| 63. Comcast Corp. | | None | J | T | | | | | |
| 64. Orthologic Corp. (IRA) | | None | A | T | | | | | |
| 65. California Amplifier (IRA) | | None | A | T | | | | | |
| 66. Mass Mutual Fixed Annuity | | None | K | T | Buy | 02-18 | K | | |
| 67. | | | | | | | | | |

1. Income/Gain Codes     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,001-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
     P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
     W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | VRATIL, KATHRYN H | 5/6/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Note to Section I:
During 2003, the ▮▮▮▮ Trust included the assets listed on lines 22, 27 and 31 through 35.

Notes to Section VII:
Columbia Acorn Fund (Lines 15, 31) was formerly known as Liberty Acorn Fund.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | VRATIL, KATHRYN H | 5/6/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable *statutory* provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature               Date __May 6, 2004__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544